UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andrea D. Bergman |
| v. | : | Magistrate No. 26-1077 |
| GEOFFREY S. OLIMA | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Robert Frazer, United States Attorney for the District of New Jersey, hereby dismisses Violation No. E2672902 against defendant Geoffrey S. Olima, which was filed on February 18, 2026, charging him with Theft of Personnel Property in violation of 18 U.S.C. § 661, for the reason that prosecution of defendant Geoffrey S. Olima is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by defendant Geoffrey S. Olima of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

/s/ Robert Frazer /AMT
Robert Frazer
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. ANDREA D. BERGMAN
United States Magistrate Judge

Dated: 8/12/26